AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Charles Hand, III | ) ) ) ) ) ) | Case: 1:22–mj–00049<br>Assigned To : Faruqui, Zia M.<br>Assign. Date : 3/3/2022<br>Description: COMPLAINT W/ ARREST WARRANT<br>*USMS #*<br>*90745-509* |

*Defendant*

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*                    Charles Hand, III                    ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment   ❏ Superseding Indictment   ❏ Information   ❏ Superseding Information   ☒ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted  Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

Zia M. Faruqui
2022.03.04 21:02:11
-05'00'

Date:      03/04/2022

_____
*Issuing officer's signature*

City and state:         Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  3/4/22  , and the person was arrested on *(date)*  3/11/22<br>at *(city and state)*  Butler, Ga  . |
| Date:  3/11/22 <br><br>_____<br>*Arresting officer's signature*<br><br>Christian Gabriel Conzer, Special Agent - FBI<br>*Printed name and title* |